**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

JONATHAN CALEB CHAPMAN,

Petitioner,

v. CIVIL ACTION NO. 2:26-cv-00004

WILLIAM R SHARPE JR. HOSPITAL, et al.,

Defendant.

**ORDER**

Pending before the Court is Petitioner Jonathan Caleb Chapman's ("Petitioner") federal habeas petition pursuant to 28 U.S.C. § 2254. (ECF Nos. 1, 2, 7.) Also pending before the Court is Respondents' William R. Sharpe Jr. Hospital and Chief Medical Officer Paramjit Chumber ("Respondents") Motion to Dismiss. (ECF No. 9.) By standing order entered on January 6, 2026, (ECF No. 3), this action was referred to United States Magistrate Judge Joseph K. Reeder for submission of proposed findings and a recommendation for disposition ("PF&R"). Magistrate Judge Reeder entered his PF&R on July 22, 2026, recommending this Court deny the petition as moot and grant the motion to dismiss. (ECF No. 14.)

This Court is not required to review, de novo or under any other standard, factual or legal conclusions contained within the PF&R to which no objections were addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and Plaintiff's right to appeal this Court's order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th

Cir. 1984). In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R in this case were due on August 5, 2026. To date, no objections have been filed. Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 14), **GRANTS** Respondents' Motion to Dismiss, (ECF No. 9), **DISMISSES** the Petition for a Writ of Habeas Corpus, (ECF No. 2). The Court **DIRECTS** the Clerk to remove this case from the Court's active docket.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 16, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE